Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-360

**Effective Date of Registration:**
July 21, 2025
**Registration Decision Date:**
November 26, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Always Right |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | July 17, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Dylan Klymenko |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dylan Klymenko |
| | 17 Midhurst Road, Short Hills, NJ, 07078, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Dylan Klymenko |
| **Email:** | dylan@upsidedowngrin.com |
| **Address:** | 17 Midhurst Road |
| | Short Hills, NJ 07078 United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 21, 2025 |
| **Applicant's Tracking Number:** | DK2025072101 |



i'm always right